# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130217

OCWEN FEDERAL BANK, FSB,
        Plaintiff-Appellee,

v

        SC: 130217
        COA: 249081
        St Clair CC: 01-003301-CH

INTERNATIONAL CHRISTIAN MUSIC
MINISTRY, INC., d/b/a LATE NIGHT PRAISE
AND WORSHIP, and PERCY L. LEWIS,
        Defendants-Appellants.

_____/

        On order of the Court, the application for leave to appeal the October 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

t0424

_____
Clerk